# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
*New York & Princeton*

EMMA J. COLE
*Legal Assistant*

July 22, 2021

By ECF

The Honorable Paul E. Davison
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/21

Re: **United States v. Rory McGrath,**
**21-mj05058**

Dear Judge Davison,

    We write to respectfully request the Court issue an Order amending the conditions of Mr. McGrath's bond to permit him to tend to and maintain (2) buildings he owns with his family. Per Mr. McGrath's bond, D.E. 8, – he is subject to home incarceration. We respectfully seek permission for Mr. McGrath to tend to the buildings detailed below, alongside his son, Thomas McGrath, three times a week - on Monday, Wednesday and Friday from 09:00 a.m. - 12:00 p.m.

**Building One**
50 Franklin Avenue, Pearl River, NY 10965

**Building Two**
1-11 Veterans Parkway, Pearl River, NY 10965

    Both buildings are located within a small distance from Mr. McGrath's home residence, and he would be accompanied by his son. Mr. McGrath and his son have tended to the buildings and carried out maintenance/landscaping work since the buildings were purchased. Mr. McGrath has been unable to tend to the buildings since his arrest and has received calls from the tenants requesting maintenance and repairs.

    We have consulted with United States Pretrial Services Officer Leo Barrios who has no objection to this request and who noted that Mr. McGrath has been in full compliance with the conditions of his release. Assistant United States Attorney T. Josiah Pertz has no objection to the request.

    Thank you for your courtesy and consideration.

APPLICATION GRANTED

*[signature]*

Hon. Paul E. Davison, U.S.M.J.
7/23/21

Respectfully submitted,

_____/s/_____

James Kousouros, Esq.

c.c.

T. Josiah Pertz
Assistant United States Attorney

Leo Barrios
United States Pretrial Services Officer

Rory McGrath