# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
Founder & Principal

RIKI GHOSH
Senior Counsel

EMMA J. COLE
Legal Assistant

August 31, 2021

By ECF

The Honorable Paul E. Davison
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/21

Re:  **United States v. Rory McGrath,**
     **21-mj05058**

Dear Judge Davison,

We write to respectfully request the Court issue an Order amending the conditions of Mr. McGrath's bond to extend the hours he is permitted to tend to and maintain the (2) buildings subject to the Order issued by Your Honor on July 23, 2021, D.E. 15, through Monday to Friday from 09:00 a.m. to 4:00 p.m.

United States Pretrial Services Officer Leo Barrios consents to the request. Assistant United States Attorney T. Josiah Pertz has no objection.

Thank you for your courtesy and consideration.

Respectfully submitted,

/s/

James Kousouros, Esq.

c.c.

T. Josiah Pertz
Assistant United States Attorney

Leo Barrios
United States Pretrial Services Officer

Rory McGrath

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.
8/31/21