WEST YORKSHIRE METROPOLITAN POLICE

STATEMENT OF: IAN GEOFFREY MOORE
AGE/Date of birth: 19 yrs    OCCUPATION: Police Constable No: 2038
ADDRESS: West Yorkshire Metropolitan Police
Gipton Division
Garforth Sub-Division.

*Original statement - 9 pages.

**STATEMENT OF WITNESS**
(C.J. Act, 1967, ss. 2, 9, M.C. Rules 1968 r.58)

This statement (consisting of *-7- pages each signed by me) is true to the best of my knowledge and belief and I make it knowing that, if it is tendered in evidence, I shall be liable to prosecution if I have wilfully stated in it anything which I know to be false or do not believe to be true.

Dated the 3rd day of April, 1980  I.G. Moore

I am 19 years of age and I joined the West Yorkshire Metropolitan Police on the 30th July 1979. I then went to the Police Training Centre for three months and I have spent the rest of my service on uniformed foot patrol duties at Gipton Division stationed at Garforth Sub-Division, Lidgett Lane, Garforth.

On Friday 28th March 1980, due to prior commitments I went to Chapeltown Police Station at 1.pm. and worked there until 5.30.pm.

I then paraded at Garforth Police Station at 9.45.pm. to work 10.pm.x 6am. night duty.

I was allocated 'F' Beat foot patrol. This beat covers Garforth Centre; and instructed to take my meal at Garforth Police Station at 1.am. I was working by myself on this evening.

I was wearing my Police tunic and helmet, trousers and a Police raincoat. I carried my torch, staff and handcuffs. My handcuffs were in my trouser's pocket and my staff was in the special pocket designed for them in in the right hand side of my trousers.

I left the police station at about 10.pm. and started to walk slowly up Garforth Main Street.

The Main Street was busy at this time comprising of young people hanging around the fish and chip shop at the bottom of the Main Street nearest the Police Station. Youths were also congregating near the Garforth Library opposite the fish shop. I stopped and spoke to a group of these youths and asked them to move on. I had no trouble at all from these youths and they went on their way.

Signed:- J G Moore

Statement taken by

S. 179 Hudson

cont

11.

WEST YORKSHIRE METROPOLITAN POLICE

2

Sheet No. 2

STATEMENT OF ............ IAN GEOFFREY MOORE.
                        Continued:

I carried on walking up the Main Street on the right hand side of the road towards its junction with Aberford Road.

As I neared the top of Main Street there is a Chinese Take-Away shop and it's when I got there that I heard a lot of shouting and swearing and a lot of commotion going on. The noise seemed to be coming from just round the corner.

At that moment a lot of youths started coming round the corner, they didn't run round when I saw them and although close together it seemed that they were in different groups as there were some consisting of 2 and 3 people, some on the pavement and some on the road. But I also saw what I thought was the main group of youths consisting of about 9 or 10 youths on the pavement. I would estimate 15 to 20 youths came round the corner altogether.

In the middle of the main group my attention was drawn to a youth who was shouting a lot and was swaying about. I would describe him as 5'9", 17 years, medium build, light brown hair wearing a blue sweat shirt with Levi Printed on it in white letters on the left hand side. I know this because I have a shirt exactly the same.

A lad in front of him said, "Shut up there's a copper." I can't describe this lad.

The lad in the blue shirt said, "I'M NOT FUCKING BOTHERED ABOUT THEM BASTARDS" or words to that effect.

On my right there is a wall which is about waist height it's part of the perimeter to the garage forecourt on the corner of Main Street and Aberford Road.

I spoke to the lad in the blue sweat shirt and as I did so some youths just carried on walking and some stopped near me, I don't know how many.

Signed:-I G Moore.

S Hudson DS.179.

cont.

G/179

11.

STATEMENT OF ........ IAN GEOFFREY MOORE
Continued:

I asked the lad what was going on and I remember he said he's been hit; and I saw that he had a large graze right on his chin end.

I asked him who had done this and he pointed across the garage forecourt. There were still some youths coming towards us some on the pavement and some coming across the garage forecourt.

I saw one person running across the forecourt towards us and there was some others behind him. I don't know how many and I don't know if they were running as I was watching carefully the one running.

The one that had been running stopped at the other side of the wall from me and the group I was talking to. He was an arm's distance from myself and the lad in the blue shirt.

As soon as he stopped he started verbal abuse at the kid in the blue shirt and took a swing at him right in front of me. The two of them shouted at each other and both were trying to hit each other. The person behind the wall I would describe as 5'10" to 6'0", 23 yrs., very well built, fair hair long and scruffy and I noticed while he was shouting he had a noticeable gap in his top teeth.

I tried to stop them but I couldn't, neither of them seemed to want to stop. I couldn't get round the wall to stop that lad and the lad in the blye shirt just kept going at him. I was telling them to pack it in but they took no notice of me.

The one with the tooth missing was the worst and as he was the instigator I moved for him and so I got my radio out and called in for assistance. Just before I did this I remember a car, a white Capri I think, stop near us and a woman spoke to me and said that their car had been damaged at the Miners Public House on Aberford Road. I told them to hang on a moment and then I used my radio.

The lad with the tooth missing now ran and I ran after him. He was running

Signed:-I G Moore.
S Hudson DS.179.                    cont.

G/179

11.

WEST YORKSHIRE METROPOLITAN POLICE

4

Sheet No. 4

STATEMENT OF ............ IAN GEOFFREY MOORE.
Continued:

over the garage forecourt and I had to go round the wall before I got on the forecourt. My local knowledge told me that there was a chain hanging over the far end of the forecourt. I ran past one or two people and I noticed some more were towards the garage forecourt but I don't know how many.

The lad I was chasing in order that I might arrest him, obviously never saw the chain. He ran in front of the petrol pumps and then ploughed into the chain and fell over and the force of the collision broke the chain. He collided with the chain near the road end where the chain is higher. He seemed to land on his chest and he rolled on his back. I went straight to him as he had broke the chain and sat astride him; facing him. I pinned him down with my left hand; trying to get my radio out with my right hand. He was struggling violently underneath me and was striking me in the face and chest with his left hand as I was pinning his right hand down. I just pushed the button on my radio and shouted down it for help. His legs were thumping me in my back and trying to worm his way out; I told him he was arrested and I was then kicked a vicious blow in my back by someone. Before I was kicked I never really saw anyone else around me but I did hear voices I was totally concentrating on the job in hand. I can't remember telling him him what he was under arrest for I didn't have chance. I wasn't on him long and he was struggling like mad and then I was booted off him. When I was first kicked I fell forward on him and he took his chance to move from under me and I let go of my radio.

As I fell forward he came out from under me on my left hand side as I looked at him. I turned my head to the left and the man I had pinned down booted me straight in the face. It was as soon as he got out and stood up; bang, he booted me. This kick sort of turned me onto my back and I was looking up to the sky. I saw more people over me, how many I do not

Signed:-I G Moore
S Hudson DS 170

G/179

WEST YORKSHIRE METROPOLITAN POLICE

5                                    Sheet No. 5

STATEMENT OF ............ IAN GEOFFREY MOORE.
              Continued:

know but I was now getting kicks on my legs and side of the body and I knew I was in for a good kicking. I can't describe any of these others but I knew what I had to do and that was to cover up and protect myself. I brought my arms up to my head and felt kicks to my head, my hands which were round my head were getting kicked. I was trying to curl up into a ball, but I was being booted from side to side and the kicks were now bein concentrated round my head. I was definitely getting kicks from all sides of my head. I was terrified, I thought this was it, nothing has ever happened to me like this, I was helpless. I thought people would help but they didn't. They were obviously shouting to each other but I can't remember what was being said. I was now numb, I felt impacts now but no pain, everything now seemed far away and dull as though it wasn't me it was happening to. The kicking stopped and I saw a group leave me and run towards the Miners Public House. I staggered to my feet and followed. I remember that they didn't all leave me together when I got to my feet I sa; one quite a way in front followed by another two or three and then one bringing up the rear. I know these men had done me as I saw them leave I was facing them and I know they had all done me. They weren't really sprinting away it was a slow run because I remember I wasn't very far at all behind the last one and I was staggering after them.

I saw the first one turn into the Miners Car Park and the others followed but I never lost sight of the last couple. I followed them into the car park and I saw them head for a white 1100.

I saw that someone was in the driver's seat, I don't know if it was the man I had arrested. The passenger door behind the driver was just closing somebody having just got in.

I kept my eyes on the last two and one went round the far side of the car to get into the front passenger seat and the other one went round the car

                              Signed:-I G Moore.
                                   S Hudson DS.179.           cont.

G/179

11.

WEST YORKSHIRE METROPOLITAN POLICE

6                     Sheet No. ....6...........

STATEMENT OF .......... IAN GEOFFREY MOORE.
             Continued:

to get into the back seat. As he was opening the door I caught up with him and grabbed him. It wasn't the same man I had arrested, I can describe this man as about 22 years, 5'11" - 6'0", dark brown very curly hair, looked permed and standing up, pale complexion, I could recognise this man again. I didn't notice his clothing at all. I grabbed him with both hands and I turned him towards me. He punched me in the face straight away and I fell over backwards. I saw the front passenger door open and somebody get out I remember a lot of kicks again, I remember being terrified and thinking here we go again. I don't remember protecting myself, I think I blacked out; so I don't know how many were kicking me or who it was. I must have come round a bit because I remember a few more kicks to my body and head and I opened my eyes and seeing one of them facing me turn and run. I looked in that direction and I saw him run. I don't remember what he looked like. There was another one or two running that way towards a fence, a white one, at the bottom of the car park at the Miners. I remember being shook and loads of voices and one said 'which way did they go'. I pointed in the direction of the white fence. This was all very quickly after they'd run; and I know it was a male voice. People now came to me and someone undid my tie and I was assisted inside the pub and was cleaned up a bit. The Police attended and the Ambulance also came and took me to the Leeds General Infirmary where I was treated and detained in Ward 31. I suffered cuts to my head, a broken nose, two chipped teetch, which were loosened, grazes to forehead, side of face, right side, chin, two black eyes, grazes to elbows and left thigh. My fingers were all swollen and couldn't move my right thumb. I was discharged from hospital on Saturday 29th March 1980, and taken home by my parents.

Later that day I handed to PC Lincoln my tunic, trousers and raincoat.

G/179

Signed:-I G Moore
         S Hudson DS. 179.           cont.

11.

WEST YORKSHIRE METROPOLITAN POLICE

7                    Sheet No. ....7..........

STATEMENT OF .................IAN GEOFFREY MOORE
                Continued:

I have signed a label attached to them.

On Sunday 30th March 1980, I re-visited the Miners Public House car park and I there saw parked next to the rear entrance of the pub a white 1100 motor car Reg.No:-C.U.M.804.J. I recognised this car as being the one where the men who attacked me tried to get into.

I realise that I am vague on descriptions of people involved but I will definitely be able to recognise the youth in the blue sweat shirt, the man who had a tooth missing and the man I grabbed hold of at the car with the curly hair.

                    Signed:-I G Moore

                        Steven Hudson DS.179.

G/179