# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

RIKI GHOSH
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

March 17, 2022

BY ECF

The Honorable Paul E. Davison
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Rory McGrath*,
             21-mj-05058

Dear Judge Davison,

    We write to respectfully request the Court issue an Order (1) permitting Mr. McGrath to travel to his accountant's office in Astoria, New York on Saturday, March 19, 2022, for purposes of completing his tax return and (2) to respectfully request the Court issue an Order amending the conditions of Mr. McGrath's bond to permit him a 9:00 a.m. to 5:00 p.m. curfew, Monday through Friday. The curfew would permit him to attend to his personal affairs and visit family and friends without gaining prior approval from Pretrial Services and the Court and permit him to continue maintenance of his buildings prior to his extradition to the United Kingdom.

    United States Pretrial Services Officer Leo Barrios has no objection to the instant requests. Assistant United States Attorney T. Josiah Pertz takes no position on the instant requests.

    Thank you for your courtesy and consideration.

                                              Respectfully submitted,

                                              _____/s/_____

                                              James Kousouros, Esq.

c.c.

T. Josiah Pertz
Assistant United States Attorney

Leo Barrios
United States Pretrial Services Officer

Rory McGrath

After consultation with Pretrial Services, this request is GRANTED in both respects.

So Ordered
3/17/22